

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Leigh Gomer v. Donald Davis, Ruby Davis, and Altha/Ann Steinlage*

Appellate case number:   01-11-00829-CV

Trial court case number: 2011-01203

Trial court:             189th District Court of Harris County

Date motion filed:       June 27, 2013

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                    ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle


Date:  November 19, 2013